JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SANZARI, TRISHA SANZARI | Case No. 5:11-CV-00818-R-OP |
| Plaintiffs, | Hon. Manuel L. Real, Courtroom 8 |
| vs. | |
| BANK OF AMERICA, and Does 1-50,; Does 1-100 inclusive, I, TRISHA SANZARI | **ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A's MOTION TO DISMISS** |
| Defendants. | Complaint Filed: April 25, 2011<br>Removal Filed: May 25, 2011 |

1  **TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF**
2  **RECORD**:
3      The Court, having considered Defendant Bank of America, N.A's (as successor
4  by merger to BAC Home Loans Servicing, LP), (erroneously sued as, "Bank of
5  America"), motion to dismiss plaintiffs Bruce and Trisha Sanzari's complaint, all
6  papers filed in support of and opposition thereto, and the argument of the parties, for
7  the reasons stated by the Court on the record on August 22, 2011, hereby GRANTS
8  the motion to dismiss in its entirety with prejudice.

10      IT IS SO ORDERED.

13  Dated: _August 30, 2011__  _____
14                                  Hon. Manuel L. Real

## PROOF OF SERVICE

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, California 90017.

On **August 30, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s)

**[PROPOSED] ORDER DEFENDANT BANK OF AMERICA, N.A's MOTION TO DISMISS**

on the persons below as follows:

Bruce Sanzari
Trisha Sanzari
6845 Kern Drive
Riverside, CA 92509

Telephone: (951) 675-8400

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1 | ☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 30, 2011**, at Los Angeles, California.

| Helen E. Serrano | |
|---|---|
| (Type or print name) | (Signature) |